# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                     Case No. 15-cv-166

DAVID JON RAY,
HUNTER, LLC, A MISSOURI LIMITED
LIABILITY COMPANY;
HUNTER CONTRACTING and
DEVELOPMENT, Inc.;
HUNTER FARMS and WILDLIFE, LLC.;
CITIZENS COMMUNITY BANK;
DEALERS SERVICE, Inc.; d/b/a DEALERS
SERVICE and SUPPLY COMPANY;
DOOR CONTROLS, Inc.;
KARI L. RAY;
JOY FELDMAN;
UNKNOWN OWNERS and NON
RECORD CLAIMANTS

       Defendants.
_____

Kari L. Ray,

       Counter-Plaintiff,

v.

UNITED STATES OF AMERICA;
DAVID JON RAY, HUNTER, LLC, A MISSOURI LIMITED
LIABILITY COMPANY;  HUNTER CONTRACTING and
DEVELOPMENT, Inc.;
HUNTER FARMS and WILDLIFE, LLC.;
CITIZENS COMMUNITY BANK;
DEALERS SERVICE, Inc.; d/b/a DEALERS
SERVICE and SUPPLY COMPANY;
DOOR CONTROLS, Inc.; KARI L. RAY; JOY FELDMAN;
UNKNOWN OWNERS and NON
RECORD CLAIMANTS

       Counter-Defendants.

### ORDER FOR SUBSTITUTION OF PARTY DEFENDANT
### AND COUNTER-DEFENDANT

THIS CASE IS BEFORE THE COURT upon the motion for Substitution of Party Defendant and Counter-Defendant filed herein by Dealers Service, Inc., d/b/a Dealers Service and Supply Company, and the Court, being fully advised, finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED, pursuant to Federal Rule of Civil Procedure 25(c), that Defendant/Counter-Defendant, Dealers Service, Inc., d/b/a Dealers Service and Supply Company, is hereby substituted for Defendant/Counter-Defendant, Citizens Community Bank, as a Defendant/Counter-Defendant in this action.

ENTERED: August 3, 2015

Digitally signed by David R. Herndon
Date: 2015.08.03 16:00:20 -05'00'

United States District Court